**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Enio A Reyes**        JOINT DEBTOR: **Ismari Avalos**        CASE NO.: _____
Last Four Digits of SS# **xxx-xx-4822**    Last Four Digits of SS# **xxx-xx-4823**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A.  $ __226.95__ for months __1__ to __60__ ;
    B.  $ _____ for months _____ to _____ ;
    C.  $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ __4,250.00__  TOTAL PAID $ __2,000.00__
                 Balance Due    $ __2,250.00__  payable $ __37.50__ /month (Months __1__ to __60__)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**          Arrearage on Petition Date $ _____
Address: _____     Arrears Payment $ _____ /month (Months _ to _)
Account No: _____  Regular Payment $ _____ /month (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Bank of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410**<br>**acct: xxxxxxxxxxxx6499** | **3551 SW 9 Terrace, Apt 208 Miami, FL**<br>$ **74,800.00** | % | $ 0 | To | 1 to 60 |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**    Total Due  $ _____
              Payable    $ _____ /month  (Months _ to _)   Regular Payment $ _____

Unsecured Creditors: Pay $ **166.75** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

    **Special Intentions:**
    **Corboda Condo HOA: Debtor will pay claim directly.**
    **M & T Bank: Debtor will pay claim directly.**

    **The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Enio A Reyes**                    **/s/ Ismari Avalos**
**Enio A Reyes**                         **Ismari Avalos**
Debtor                                    Joint Debtor
Date:  **July 16, 2015**                 Date:  **July 16, 2015**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy