**Fill in this information to identify the case:**

Debtor 1: ENIO ALBERTO REYES

Debtor 2: ISMARI AVALOS
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Florida

Case number: 15-28690-AJC

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** M&T Bank

**Court claim no. (if known):** N/A

**Last 4 digits** of any number you use to identify the debtor's account:  5198

**Date of payment change:** 01/01/2016
Must be at least 21 days after date of this notice

**New total payment:** $ 642.97
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 46.63    New escrow payment: $ 45.94

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| Debtor 1 | ENIO ALBERTO REYES | Case number (if known) 15-28690-AJC |
|---|---|---|
| | First Name    Middle Name    Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /s/ Fran E. Zion
Signature

Date 12/03/2015

Print: Fran E. Zion
       First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company  Heller & Zion, LLP

Address  1428 Brickell Avenue, Suite 700
         Number         Street
         Miami, FL 33131
         City           State    ZIP Code

Contact phone  (305) 373-8001

Email  fzion@hellerzion.com

REPRESENTATION OF PRINTED DOCUMENT

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

## M&T Bank

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX 75261-9063

ENIO REYES
ISMARI AVALOS
3551 SW 9TH TER APT 208
MIAMI FL 33135-4353

### Contact Us

 Customer Service: 1-800-411-7627

Property Tax: 1-866-406-0949

 Property Insurance: 1-888-882-1847

Correspondence Address:
PO BOX 1288
BUFFALO, NY 14240-1288

www.mtb.com/mymortgageinfo

Loan Number:
Statement Date: 11/16/15

### New Payment Information

| | |
|---|---:|
| Principal and/or Interest | 607.38 |
| Escrow Deposit | 45.94 |
| Less: Escrow Surplus | 10.35 |
| Optional Insurance | 0.00 |
| Other | 0.00 |
| Less: Buydown/Assistance Payment | 0.00 |
| New Payment For 01/01/16 | 642.97 |
| *New Payment Effective 02/01/16 | 653.32 |

Periodically, your escrow account is reviewed to ensure that sufficient funds will be available to pay escrow items when due. As tax and insurance amounts are subject to change each year, your monthly escrow deposit may also change. Your current monthly payment is $654.68 of which $607.38 is for principal and interest, $46.63 is deposited into your escrow account, and $0.67 is for other amounts such as optional insurance, shortage, replacement reserves, etc., that may be included with your regular mortgage payment.

### Anticipated Annual Disbursements

| | |
|---|---:|
| COUNTY TAX | 551.26 |
| **Total Disbursements** | **551.26** |

### Account Projections

Projections for coming year: The following summary shows anticipated activity in your escrow account for the next twelve months, which was used to calculate your payment above.

| Payment Due Month | Monthly Escrow Deposit | Scheduled Disbursement | Description | Projection Based On Current Balance | Projection Based On Required Balance |
|---|---:|---:|---|---:|---:|
| | | | Starting Balance | 148.15 | 137.80 |
| Jan 16 | 45.94 | | | 194.09 | 183.74 |
| Feb 16 | 45.94 | | | 240.03 | 229.68 |
| Mar 16 | 45.94 | | | 285.97 | 275.62 |
| Apr 16 | 45.94 | | | 331.91 | 321.56 |
| May 16 | 45.94 | | | 377.85 | 367.50 |
| Jun 16 | 45.94 | | | 423.79 | 413.44 |
| Jul 16 | 45.94 | | | 469.73 | 459.38 |
| Aug 16 | 45.94 | | | 515.67 | 505.32 |
| Sep 16 | 45.94 | | | 561.61 | 551.26 |
| Oct 16 | 45.94 | | | 607.55 | 597.20 |
| Nov 16 | 45.94 | 551.26 | COUNTY TAX | 102.23 | 91.88 |
| Dec 16 | 45.94 | | | 148.17 | 137.82 |

### Projected Escrow Balance Summary

The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.

The following breakdown reflects how your regular escrow payment amount is calculated:

| | |
|---|---:|
| Total scheduled disbursements: | $551.26 |
| divided by 12 monthly payments: | $45.94 |
| Total escrow surplus of | $10.35 |
| deducted from 1st months payment only | |

### Escrow Requirements, New Mortgage Payment and Anticipated Annual Disbursements

The expected amount in your escrow account is $148.15. Your starting balance according to this analysis should be $137.80. This means you have a surplus of $10.35. This surplus must be returned to you unless it is less than $50, in which case we have the additional option of keeping it and lowering your payments accordingly. Your monthly mortgage payment for the coming year will be $642.97 of which $607.38 will be for principal and interest and $45.94 will go into your escrow account.

RFI

## M&T Bank

* Your escrow overage is less than $50.00. We are deducting the full overage from your first months payment only. After that, your payment will not include this deduction. Please refer to the above statement for details.

## ACCOUNT HISTORY

| | | Previous Escrow Account Projection | | | Actual Escrow Account History** | | | |
|---|---|---|---|---|---|---|---|---|
| | Deposits | Disbursements | Description | Balance | Deposits | Disbursements | Description | Balance |
| | | | STARTING BALANCE | 139.87 | | | STARTING BALANCE | 179.11 |
| JAN 15 | 46.63 | | | 186.50 | * | | | 179.11 |
| FEB 15 | 46.63 | | | 233.13 | 47.30 * | | | 226.41 |
| MAR 15 | 46.63 | | | 279.76 | 47.30 * | | | 273.71 |
| APR 15 | 46.63 | | | 326.39 | 47.30 * | | | 321.01 |
| MAY 15 | 46.63 | | | 373.02 | 47.30 * | | | 368.31 |
| JUN 15 | 46.63 | | | 419.65 | 47.30 * | | | 415.61 |
| JUL 15 | 46.63 | | | 466.28 | 47.30 * | | | 462.91 |
| AUG 15 | 46.63 | | | 512.91 | 47.30 * | | | 510.21 |
| SEP 15 | 46.63 | | | 559.54 | 47.30 * | | | 557.51 |
| OCT 15 | 46.63 | | | 606.17 | 47.30 * | | | 604.81 |
| NOV 15 | 46.63 | 559.54 | COUNTY TAX | 93.26 | 47.30 * | 551.26 * | COUNTY TAX | 100.85 |
| DEC 15 | 46.63 | | | 139.89 | 47.30 * | | | 148.15 |

The total amount of escrow deposits received during this period was $520.30 and the total escrow disbursements were $551.26. An asterisk (*) indicates a difference from a previous estimate either in the date or the amount of the deposit/disbursement.
** This section may also reflect anticipated escrow activity that has not yet occurred prior to the effective date of this analysis.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

Please remember, as your taxes and/or insurance increase on an annual basis, the escrow portion of your payment may increase. If you have any questions about this Escrow Analysis, please call our Customer Service Department toll free at 1-800-411-7627.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Mortgage Payment Change was served by email or first class U.S. Mail on the following persons or entities at the addresses listed:

Enio Alberto Reyes
3551 SW 9 Terrace, Apt. 208
Miami, FL 33135

Ismari Avalos
3551 SW 9 Terrace, Apt. 208
Miami, FL 33135

Ricardo Corona, Esq.
3899 NW 7 St, Second Floor
Miami, FL 33126
Email: bk@coronapa.com

Nancy K. Neidich, Trustee
www.ch13herkert.com
P.O. Box 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 SW 1st Ave., Suite 1204
Miami, FL 33130

Dated: December 3, 2015

                                                        **Heller & Zion, L.L.P.**
                                                        Attorneys for Secured Creditor
                                                        1428 Brickell Avenue, Suite 700
                                                        Miami, FL 33131
                                                        Telephone: (305) 373-8001
                                                        Facsimile: (305) 373-8030

                                                        By:    /s/ Fran E. Zion, Esquire
                                                                Fran E. Zion, Esquire
                                                                Florida Bar No. 749273

10801.005