United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 15-28690-AJC
Enio Alberto Reyes                                              Chapter 13
Ismari Avalos
    Debtors

# CERTIFICATE OF NOTICE

District/off: 113C-1                 User: skinner-g                      Page 1 of 3
Date Rcvd: Feb 09, 2021              Form ID: 3180W                       Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Enio Alberto Reyes, Ismari Avalos, 3551 SW 9 Terrace, Apt. 208, Miami, FL 33135-4353 |
| cr | + | M&T BANK, Heller Zion, LLP, c/o Fran E Zion, 1428 Brickell Avenue, Suite 700, Miami, FL 33131-3435 |
| 93269556 | + | AMANDA R DUFFY (ESQ, ASSET ACCEPTANCE (LLC), P O BOX 290335, Tampa, FL 33687-0335 |
| 93269558 | + | Amex Dsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 93383782 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 93269561 | + | Baptist Hospital of Miami, Po Box 025333, Miami, FL 33102-5333 |
| 93269567 | + | Central Finl Control, Po Box 660873, Dallas, TX 75266-0873 |
| 93269570 | + | Corboda Condo HOA, 3551 SW 9 Terrace, Miami, FL 33135-4300 |
| 93269573 | + | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122-5662 |
| 93269574 | + | Florida Pathology Sercvices, 1500 San Remo Ave, Ste 280, Miami, FL 33146-3053 |
| 93445392 | + | M&T Bank, C/O Heller & Zion, LLP, 1428 Brickell Avenue, Suite 700, Miami, FL 33131-3435 |
| 93269581 | + | NTB/CBSD, CitiCards Private Label Centralized Bank, Po Box 20507, Kansas City, MO 64195-0507 |
| 93269580 | + | Northland Group, Inc, Po Box 390846, Minneapolis, MN 55439-0846 |
| 93269584 | + | Santander Bank Na, 865 Brook St, Rocky Hill, CT 06067-3444 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Feb 10 2021 03:23:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallhassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Feb 10 2021 00:48:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + | EDI: RMSC.COM | Feb 10 2021 03:28:00 | Synchrony Bank, c/o Recovery Management, 25 SE 2 Ave #1120, Miami, FL 33131-1605 |
| 93269557 | + | EDI: BECKLEE.COM | Feb 10 2021 03:28:00 | American Express, Po Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 93420163 | | EDI: BECKLEE.COM | Feb 10 2021 03:28:00 | American Express Bank FSB, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 |
| 93398007 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2021 00:58:09 | Ashley Funding Services, LLC its successors and, assigns as assignee of Syndicated, Office Systems, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 93269560 | | EDI: BANKAMER.COM | Feb 10 2021 03:28:00 | Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 93269562 | | EDI: BANKAMER.COM | Feb 10 2021 03:28:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 93269572 | | EDI: BANKAMER.COM | Feb 10 2021 03:28:00 | Fia Csna, Po Box 982235, El Paso, TX 79998 |
| 93269564 | | EDI: BMW.COM | Feb 10 2021 03:28:00 | Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 93269559 | + | EDI: BANKAMER.COM | | |

District/off: 113C-1                    User: skinner-g                                        Page 2 of 3
Date Rcvd: Feb 09, 2021                 Form ID: 3180W                                  Total Noticed: 50

| | | | | |
|---|---|---|---|---|
| | | | Feb 10 2021 03:28:00 | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 93269563 | + | EDI: BANKAMER.COM | | |
| | | | Feb 10 2021 03:28:00 | Bk Of Amer, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 93269565 | + | EDI: CAPITALONE.COM | | |
| | | | Feb 10 2021 03:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 93269566 | + | EDI: CAPITALONE.COM | | |
| | | | Feb 10 2021 03:28:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 93300043 | | EDI: CAPITALONE.COM | | |
| | | | Feb 10 2021 03:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 93269569 | + | EDI: CITICORP.COM | | |
| | | | Feb 10 2021 03:28:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 93269571 | | EDI: CITICORP.COM | | |
| | | | Feb 10 2021 03:28:00 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 93269575 | + | EDI: RMSC.COM | | |
| | | | Feb 10 2021 03:28:00 | GECRB/ Old Navy, Attention: GEMB, Po Box 103104, Roswell, GA 30076-9104 |
| 93269568 | | EDI: JPMORGANCHASE | | |
| | | | Feb 10 2021 03:23:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 93269576 | | Email/Text: camanagement@mtb.com | | |
| | | | Feb 10 2021 00:48:00 | M & T Bank, Attn: Bankruptcy, 1100 Wehrle Dr 2nd Floor, Williamsville, NY 14221 |
| 93269577 | + | EDI: MID8.COM | | |
| | | | Feb 10 2021 03:28:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 93269578 | + | EDI: MID8.COM | | |
| | | | Feb 10 2021 03:28:00 | Midland Funding, LLC, Dept 12421, Po Box 603, Oaks, PA 19456-0603 |
| 93269579 | + | Email/Text: bnc@nordstrom.com | | |
| | | | Feb 10 2021 00:48:46 | Nordstrom FSB, Attention: Account Services, Po Box 6566, Englewood, CO 80155-6566 |
| 93314614 | | EDI: PRA.COM | | |
| | | | Feb 10 2021 03:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 93269582 | + | EDI: PRA.COM | | |
| | | | Feb 10 2021 03:28:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 93269583 | + | EDI: PRA.COM | | |
| | | | Feb 10 2021 03:28:00 | Portfolio Recovery Assoicates, c/o David Greenbaum, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 93269585 | | EDI: CITICORP.COM | | |
| | | | Feb 10 2021 03:28:00 | Sears/cbna, 133200 Smith Rd, Cleveland, OH 44130 |
| 93269586 | + | EDI: RMSC.COM | | |
| | | | Feb 10 2021 03:28:00 | Syncb/brandsmart, Po Box 965036, Orlando, FL 32896-5036 |
| 93269587 | + | EDI: RMSC.COM | | |
| | | | Feb 10 2021 03:28:00 | Syncb/brandsmart, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 93269588 | + | EDI: RMSC.COM | | |
| | | | Feb 10 2021 03:28:00 | Synchrony Bank, PO box 965035, Orlando, FL 32896-5035 |
| 93269590 | + | EDI: RMSC.COM | | |
| | | | Feb 10 2021 03:28:00 | TJX, PO BOX 530949, Atlanta, GA 30353-0949 |
| 93269591 | | Email/Text: collectionemailgroup@tfcu-fl.org | | |
| | | | Feb 10 2021 00:48:00 | Tropical Financial Cu, 3050 Corporate Way, Miramar, FL 33025 |
| 93269589 | + | EDI: WTRRNBANK.COM | | |
| | | | Feb 10 2021 03:28:00 | Target N.b., Po Box 673, Minneapolis, MN 55440-0673 |
| 93425943 | | EDI: WFFC.COM | | |
| | | | Feb 10 2021 03:28:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 93269592 | + | EDI: WFFC.COM | | |
| | | | Feb 10 2021 03:28:00 | Wffnatbank, Bankruptcy, 4137 121st St, Urbandale, IA 50323-2310 |

District/off: 113C-1                  User: skinner-g                              Page 3 of 3
Date Rcvd: Feb 09, 2021               Form ID: 3180W                          Total Noticed: 50

93269593          + Email/Text: bankruptcy@wofco.com

                                              Feb 10 2021 00:47:00   World Omni F, Po Box 91614, Mobile, AL
                                                                     36691-1614

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed
below:**

| Name | Email Address |
| --- | --- |
| Fran E Zion | |
| | on behalf of Creditor M&T BANK fzion@hellerzion.com  ecf@hellerzion.com |
| Nancy K. Neidich | |
| | e2c8f01@ch13miami.com  ecf2@ch13miami.com |
| Office of the US Trustee | |
| | USTPRegion21.MM.ECF@usdoj.gov |
| Ricardo Corona, Esq. | |
| | on behalf of Joint Debtor Ismari Avalos bk@coronapa.com  rcorona@coronapa.com |
| Ricardo Corona, Esq. | |
| | on behalf of Debtor Enio Alberto Reyes bk@coronapa.com  rcorona@coronapa.com |

TOTAL: 5

<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td><td></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Enio Alberto Reyes** | Social Security number or ITIN    **xxx–xx–4822** |
| | First Name    Middle Name    Last Name | EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Ismari Avalos** | Social Security number or ITIN    **xxx–xx–4823** |
| | First Name    Middle Name    Last Name | EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Florida** | | |
| Case number:   **15–28690–AJC** | | |

# Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Enio Alberto Reyes**                                  **Ismari Avalos**

<u>February 9, 2021</u>

By the court:    *A. Jay Cristol*

**A. Jay Cristol**
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**